[No. 18217-0-I. Division One. January 8, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT LARRY
PETERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 85-1-00515-0, John F. Wilson, J., entered March 28, 1986. *Affirmed in part* and *remanded* by

unpublished opinion per Webster, J., concurred in by Ringold, A.C.J., and Coleman, J.